### (November 24, 1941.)

VINCENT J. CLAFFEY, Respondent, v. NATIONAL TRANSPORTATION COMPANY, INC., Appellant, and Another, Defendant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

ISAAC GREENBLATT and Another, Respondents, v. MAX G. NIMAN, Individually and as President of the NATIONAL FOUNDRY Co. OF NEW YORK, INC., and Another, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for a stay denied, without costs. Appellants' time to answer is extended until five days from the entry of the order hereon. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

In the Matter of the Application of JOHN STILWELL, as Father of JANE STILWELL, an Infant under the Age of Fourteen Years, for Leave to Sell and Convey All the Right, Title and Interest of Said Infant in Certain Real Property, Appellant. WILLIAM R. WHITE, Superintendent of Banks of the State of New York, as Liquidator of WESTCHESTER TRUST COMPANY, under Section 606 of the Banking Law, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell, Johnston and Adel, JJ.

In the Matter of the Appraisal under the Estate Tax Law of the Estate of MARY A. WILLIAMS, Deceased. CITY BANK FARMERS TRUST COMPANY, as Executor, etc., of MARY A. WILLIAMS, Deceased, Appellant; STATE TAX COMMISSION, Respondent.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston and Adel, JJ.; Carswell, J., not voting.